# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KING,<br><br>                Petitioner,<br><br>     v.<br><br>JOHN DEMORALES,<br><br>                Respondent. | Case No. CV 08-4984-TJH (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 1, 2010

                                              TERRY J. HATTER, JR.
                                     UNITED STATES DISTRICT JUDGE